TUVWJÞÁÕÜŒÞVÒÖ
*Kevin H. Sharp*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) ) STEPHANIE ANN WEEKS, INFINITY ) AUTO INSURANCE COMPANY, FARMERS ) GROUP, INC., KENNETH S. PURVIS, and ) WANDA PURVIS, ) ) Defendants. ) | Case No.: 2:12-cv-00062 |

## INFINITY AUTO INSURANCE COMPANY'S UNOPPOSED MOTION FOR TEMPORARY STAY OF INITIAL DISCLOSURE AND CONFERENCE REQUIREMENTS, AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and 26(c), Defendant Infinity Auto Insurance Company ("Infinity")—*with the consent of counsel for the plaintiff and the other defendants who have appeared to date in this proceeding*—hereby moves the Court for entry of an order temporarily staying all initial disclosure, conference requirements and deadlines of the Federal and Local Civil Rules pending resolution of Infinity's motion to dismiss.

### PROCEDURAL BACKGROUND

This declaratory action was filed by State Farm on July 5, 2012 (Doc. 1). All of the defendants have appeared in this case, except Defendant Farmers Group, Inc. (Docs. 12, 17, 30).

On August 13, 2012, Infinity responded to the complaint by filing a motion to dismiss (Docs. 17-18). State Farm filed an opposition to Infinity's motion on August 23, 2012 (Docs. 22-23). The Court granted Infinity leave to file a reply in further support of its motion (Doc. 26),