```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
 )
    Plaintiff )
 ) No. 2:12-0062
v. ) Judge Sharp/Bryant/Brown
 )
STEPHANIE ANN WEEKS, *et al.*, )
 )
    Defendants )

**O R D E R**

A settlement conference was held in this matter on March 25, 2014. The parties were able to reach an agreement in this case as well as an underlying state court case. The terms of the settlement were recorded.

The parties in the settled litigation are requested to file the necessary pleadings to dismiss this case with prejudice within **60 days**. The **Clerk** is directed to return the file to the District Judge pending an appropriate order of dismissal.

It is so **ORDERED**.

                                          /s/ Joe B. Brown
                                          JOE B. BROWN
                                          United States Magistrate Judge