# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:12-cv-00062 |
| STEPHANIE ANN WEEKS, INFINITY AUTO INSURANCE COMPANY, FARMERS GROUP, INC., KENNETH S. PURVIS, and WANDA PURVIS, ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The Plaintiff and the Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate this action shall be dismissed with prejudice. No discretionary costs are to be assessed.

ENTER this 43u'f c{ qh O c{. 42360

_____
Kevin H. Sharp
JUDGE

RESPECTFULLY SUBMITTED,

COPE, HUDSON, REED & McCREARY, PLLC


By:     /s/ Roger W. Hudson
       ROGER W. HUDSON
       16 Public Square North
       Murfreesboro, Tennessee 37130
       (615) 893-5522
       rhudson@mborolaw.com

*Attorney for State Farm Mutual Automobile Insurance*


By:     /s/ Edmund Sauer
       EDMUND SAUER
       Bradley Arant Bould Cummings LLP
       Roundabout Plaza
       1600 Division St., Suite 700
       Nashville, TN 37203
       (615) 244-2582
       esauer@babc.com


By:     /s/Michael R. Pennington
       Michael R. Pennington (pro hac vice)
       Robert J. Campbell (pro hac vice)
       Bradley Arant Bould Cummings LLP
       One Federal Place
       1819 Fifth Avenue North
       Birmingham, AL 35203-2104
       (205)521-8000
       mpennington@babc.com
       rjcampbell@babc.com


By:     /s/W. Gary Blackburn
       W. Gary Blackburn
       213 fifth Ave. North
       Suite 300
       Nashville, TN 37219
       (615) 254-7770
       gblackburn@wgaryblackburn.com

By: /s/Frank Thomas
Frank Thomas
414 Union St.
Suite 1900
Nashville, TN 37219-1782
(615) 255-7722
frank.thomas@leitnerfirm.com


By: /s/Andrew N. Grams
Andrew N. Grams
Stewart C. Stallings & Associates
6 Cadillac Drive, Suite 260
Brentwood, TN 37027
 Telephone: (615) 661-9227
Facsimile: (615) 661-9412
Andrew.Grams@farmersinsurance.com